UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THERESA CISNEROS, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-0721 JLT HBK (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

On July 22, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 10.)  Plaintiff was warned that "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice." (*Id.* at 2, emphasis in original.)  The 30-day period has expired, and Plaintiff failed to pay the $402 filing fee.  Thus, the Court **ORDERS**:

　　1.　　This action is **DISMISSED** without prejudice.

　　2.　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 7, 2022**　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE